PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     pamela_byrne@fd.org

Attorney for Defendant
ELIZABETH KAMAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00037 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) EARLY TERMINATION OF |
| vs. | ) SUPERVISED RELEASE |
| | ) |
| ELIZABETH KAMAI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein, to wit:  Assistant United States Attorney Tracy Hino; Senior

Probation Officer Derek Kim; and defendant Elizabeth Kamai, through her court-appointed counsel, Pamela J. Byrne; that Ms. Kamai's supervised released be, and hereby is, terminated, and her case closed.  The grounds for this stipulation are that 1) Ms. Kamai has paid off in full her restitution in the amount of $14,860;  2) Ms. Kamai has diabetes and high blood pressure, and she is now in kidney failure and must attend dialysis three times per week, and is attempting to get a transplant; 3) Ms. Kamai is undergoing testing for probable Moyamoya disease, a rare, progressive cerebrovascular disorder which causes hemorrhagic strokes, sensory and cognitive impairments and death; 4) Ms. Kamai has been in compliance with her supervision since August 2, 2005, and 5) further supervision is no longer necessary.

        IT IS SO STIPULATED:

        DATED:  Honolulu, Hawaii, July 15, 2008.

        /s/Pamela J. Byrne
        PAMELA J. BYRNE
        Attorney for Defendant
        ELIZABETH KAMAI

        /s/Tracy A. Hino
        TRACY A. HINO
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: July 16, 2008

UNITED STATES v. Elizabeth Kamai
Cr. No. 00037-KSC-1
STIPULATION AND ORDER FOR EARLY
TERMINATION OF SUPERVISED RELEASE